IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RECARDO HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 315-028 |
| | ) |
| WARDEN MCLAUGHLIN; | ) |
| WARDEN QUINN; WARDEN RUFFIN; | ) |
| CHIEF HODGES; CHIEF BRYANT; | ) |
| UNIT MANAGER POWELL; LT. ROGERS; | ) |
| CASE MANAGER MS. DIXION; | ) |
| and SGT. FREEMAN, | ) |
| | ) |
| Defendants.[1] | ) |

**O R D E R**

Plaintiff, an inmate at Wheeler Correctional Facility in Alamo, Georgia, has submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. He originally filed the case in the Middle District of Georgia, but the proceedings were subsequently transferred to this District because the events about which he complains occurred in this District. (Doc. no. 3.) However, Plaintiff has not submitted a filing fee, nor a motion to proceed *in forma pauperis* ("IFP"), one of which he **MUST** submit if he wishes to pursue any action in this Court. Loc. R. 4.1. Accordingly, the Court **DIRECTS** Plaintiff to submit, within twenty-one days of the date of this Order, either a

---

[1] The Court **DIRECTS** the **CLERK** to modify the docket to reflect the caption as it appears here, which is consistent with Plaintiff's complaint. (See doc. no. 1, p. 1.)

properly completed IFP motion or the requisite $400.00 filing fee.[2]  Failure to comply with this Order will result in the Court recommending that this case be dismissed without prejudice.

SO ORDERED this 12th day of March, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]The Court also **DIRECTS** the **CLERK** to attach a copy of the standard IFP motion used by incarcerated litigants in the Southern District of Georgia, stamped with this case number, to Plaintiff's service copy of this Order.