ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN 15 PM 4:32

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RECARDO HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-028 |
| | ) | |
| WARDEN GREGORY MCLAUGHLIN; | ) | |
| WARDEN QUINN; WARDEN RUFFIN; | ) | |
| CHIEF HODGES; CHIEF BRYANT; | ) | |
| UNIT MANAGER POWELL; LT. ROGERS; | ) | |
| CASE MANAGER MS. DIXION; | ) | |
| and SGT. FREEMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 8), and **DISMISSES** this action without prejudice.

SO ORDERED this 15th day of June, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE